| | | |
|---|---|---|
| People v Lipson | 4th Dept: 139 AD3d 1383 (Orleans) | denied 9/8/16 (Stein, J.) |
| People v Littlejohn | 1st Dept: 139 AD3d 612 (NY) | denied 9/2/16 (Fahey, J.) |
| People v Lobaton | 3d Dept: 140 AD3d 1534 (Ulster) | denied 9/29/16 (Fahey, J.) |
| People v Lopez | App Div, 1st Dept: 2015 NY Slip Op 88736(U) (Bronx) | dismissed 9/19/16 (Garcia, J.) |
| People v MacFarlane | 2d Dept: 140 AD3d 1089 (Suffolk) | denied 9/6/16 (Rivera, J.) |
| People v Madison | 2d Dept: 140 AD3d 793 (Suffolk) | denied 9/2/16 (Fahey, J.) |
| People v Martin | 3d Dept: 136 AD3d 1218 (Albany) | denied 9/20/16 (Garcia, J.) |
| People v Martinaj | App Div, 1st Dept: 2016 NY Slip Op 60144(U) (NY) | denied reconsideration 9/6/16 (Stein, J.) |
| People v Martinez | 1st Dept: 141 AD3d 429 (NY) | denied 9/26/16 (Fahey, J.) |
| People v Massey | 4th Dept: 140 AD3d 1736 (Erie) | denied 9/22/16 (Garcia, J.) |
| People v Maxwell | App Div, 2d Dept: 2016 NY Slip Op 69100(U) (Westchester) | denied reconsideration 9/6/16 (Stein, J.) |
| People v McCants | County Ct, 3/14/16 (Monroe) | denied 9/12/16 (Stein, J.) |
| People v McCullough | 4th Dept: 141 AD3d 1125 (Monroe) | denied 9/12/16 (Stein, J.) |
| People v McDaniel | 2d Dept: 141 AD3d 544 (Kings) | denied 9/29/16 (DiFiore, Ch. J.) |
| People v McVay | 2d Dept: 140 AD3d 1090 (Suffolk) | denied 9/12/16 (DiFiore, Ch. J.) |
| People v Meadow | 4th Dept: 140 AD3d 1596 (Onondaga) | denied reconsideration 9/19/16 (Stein, J.) |
| People v Medina | App Div, 1st Dept: 2016 NY Slip Op 71757(U) (NY) | denied 9/7/16 (Stein, J.) |
| People v Moore | 2d Dept: 140 AD3d 1091 (Kings) | denied 9/28/16 (Rivera, J.) |
| People v Morales | 1st Dept: 137 AD3d 576 (Bronx) | denied 9/19/16 (Garcia, J.) |
| People v Morren | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 52 Misc 3d 132(A) (Queens) | denied 9/6/16 (Stein, J.) |
| People v Mosley | 4th Dept: 141 AD3d 1102 (Monroe) | denied 9/6/16 (Rivera, J.) |
| People v Negrin | 2d Dept: 140 AD3d 1192 (Kings) | denied 9/28/16 (Rivera, J.) |
| People v Nelson | 1st Dept: 139 AD3d 436 (NY) | denied 9/2/16 (Fahey, J.) |